# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| BEDROS, INC., d/b/a George's Dreshertown Shop N' Bag, on behalf of itself and all others similarly situated | |
| Plaintiff, | Case No 0:08-CV-11782 |
| vs. | Judge Paul D. Borman |
| REDDY ICE HOLDINGS, INC., et. al., | |
| Defendants. | |

## PROPOSED ORDER

The Court hereby approves the Stipulation Re: Extension of Time to Respond to Complaint [Docket No. 11 ].

Defendants' time to answer, move, or otherwise plead in response to the complaint in this action is extended in accordance with the terms as outlined in the Stipulation Re: Extension of Time to Respond to Complaint.

s/Paul D. Borman
PAUL D. BORMAN
UNITED STATES DISTRICT JUDGE

Dated: May 7, 2008

CERTIFICATE OF SERVICE

    Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on May 7, 2008.

                                              s/Denise Goodine

                                              Case Manager